**John Grayson ATKINSON,
Petitioner–Appellant,**

v.

**Theodis BECK; Carla O'Konek;
Michael Easley, Respondents–
Appellees.**

No. 01–6265.

United States Court of Appeals,
Fourth Circuit.

Submitted May 17, 2001.

Decided May 25, 2001.

John Grayson Atkinson, pro se. Clarence Joe DelForge, III, Office of the Attorney General of North Carolina, Raleigh, NC, for appellees.

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

John Grayson Atkinson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Atkinson's motion for appointment of counsel, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *See Atkinson v. Beck,* No. CA–00–60–5–BR (E.D.N.C. Jan. 12, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*